# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| DAVID E. FERRARA, | : | No. 55 WM 2021 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA | : | |
| AND ATTORNEY GENERAL OF | : | |
| PENNSYLVANIA, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 15th day of December, 2021, the Application for Leave to File Original Process is GRANTED. The Petition for Writ of Habeas Corpus, the Application for Immediate Hearing, and the Petition for Default are DENIED.